# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Vera Bradley Designs

        Plaintiff,

v.               Case No.: 1:20−cv−02550
                Honorable Sharon Johnson Coleman

Aixin Li, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2021:

  MINUTE entry before the Honorable Jeffrey Cole: Telephone status conference held on 2/17/21. Counsel for the defendants did not appear, although he contacted my courtroom deputy saying that his access code was not accepted and that is why he did not appear on the phone conference today. Each side presently has motions pending and a decision in those motions is forthcoming. In light of the present status it is clear that compliance with the present discovery schedule will not be possible. Accordingly, fact discovery is extended for 60 days after the forthcoming opinions are issued. The next telephone status conference set for 3/18/21 at 9:00am. Counsel should call (888) 684−8852, access code 5618926.#. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.